UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH DEUTSCH,

                Plaintiff,

v.                                           ORDER

                                          17-cv-04190 (PMH)

PENN CREDIT CORPORATION,

                Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no activity on this docket since March 27, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 26, 2020.

SO-ORDERED:

Dated: New York, New York
       May 5, 2020

_____
Philip M. Halpern
United States District Judge